IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. STANLEY R. CHESLER |
| | : | UNITED STATES DISTRICT COURT JUDGE |
| | : | |
| v. | : | Criminal No. 12-241 |
| | : | |
| | : | **MODIFICATION OF BAIL** |
| LEON Z. ABNEY, | : | **(Mental Health Treatment)** |
| | : | |
| Defendant. | : | |

This matter having been opened to the Court by the defendant, Leon Z. Abney, by his attorney, K. Anthony Thomas, Assistant Federal Public Defender, and the government having no objections to the form of this order;

WHEREAS on May 21, 2012, Mr. Abney through his attorney requested that his bail be modified so that he can receive mental health counseling and/or treatment as deemed necessary by United States Pretrial Services;

WHEREAS on May 21, 2012, this Court orally modified the conditions of release set on April 13, 2012, to include said treatment;

IT IS ON THIS  12  day of June, 2012,

ORDERED that Mr. Abney's conditions of release are modified to include mental health counseling and/or treatment as deemed necessary by United States Pretrial Services;

IT IS FURTHER ORDERED that all other conditions of release previously ordered shall remain in full force.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE

I hereby consent to the form
and entry of the above Order.

PAUL J. FISHMAN
United States Attorney

By: Aaron Mendelsohn
Assistant U.S. Attorney

K. Anthony Thomas
Assistant Federal Public Defender