UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :     Hon. Stanley R. Chesler

v.                             :     Crim. No. 12-241 (SRC)

LEON Z. ABNEY                  :     SECOND CONTINUANCE ORDER

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), and defendant Leon Z. Abney (by K. Anthony Thomas, Assistant Federal Public Defender), for an order granting a second continuance of the proceedings in the above-captioned matter, the first continuance set to expire on June 29, 2012, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to this second continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The grant of this second continuance will likely conserve judicial resources;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation and for the filing of pretrial motions, taking into account the exercise of due diligence.

WHEREFORE, on this 20th day of June, 2012,

ORDERED that this action be, and it hereby is, continued for a period of sixty-three (63) days from and including June 29, 2012; and it is further

ORDERED that the following motion and trial schedule be, and it hereby is, set:

> Defendant's motions to be filed by June 22, 2012;
> Government's response to be filed by July 6, 2012;
> Defendant's reply to be filed by July 12, 2012;
> Motions hearings on July 20, 2012 at 11:00 a.m.; and
> Trial Date set for TBD Sept. 2012, 2012 at 10:00 a.m.;

and it if further

ORDERED that the period from and including June 29, 2012, through and including August 31, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Assistant U.S. Attorney

_____
K. Anthony Thomas, AFPD
Counsel for Defendant Abney

-3-