UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Stanley R. Chesler

   v.                      :    Crim. No. 12-241 (SRC)

LEON Z. ABNEY               :    POST SUPPRESSION HEARING
                                 (FOURTH) CONTINUANCE ORDER

This matter having come before the Court on defendant's Leon Z. Abney (by K. Anthony Thomas, Assistant Federal Public) application, and Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), having no objections to the granting of a Post-Suppression Hearing continuance of the proceedings in the above-captioned matter, for the defense to submit closing brief, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to this continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The grant of this continuance will likely conserve judicial resources;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for

effective prepare its Post-Suppression Hearing submission, taking into account the exercise of due diligence.

WHEREFORE, on this 3 day of Jan, 2013,

ORDERED that this action be, and it hereby is, continued for a period of twenty-two (23) days from and including December 31, 2012; and it is further

ORDERED that the defense Post-Suppression submission are due on or before Tuesday, January 22, 2013; and it if further

ORDERED that the period from and including December 31, 2012, through and including January 22, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Assistant U.S. Attorney

_____
K. Anthony Thomas, AFPD
Counsel for Defendant Abney

-2-