UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **Criminal No. 12-241 (SRC)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| LEON Z. ABNEY, | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

     This matter having come before the Court upon the motion by Defendant Leon Z. Abney ("Defendant" or "Abney") to suppress certain evidence, specifically, a firearm and ammunition discovered in connection with his December 20, 2011 arrest and statements made during a custodial interview on that same date; and Defendant, the United States of America (the "Government"), having opposed the motion; and the Court having conducted an evidentiary hearing on the motion on August 22, 2012; and the Court having considered the initial and supplemental post-hearing briefs filed by Abney and by the Government; and the Court having considered the evidence presented; and for the reasons expressed in the Opinion filed herewith;

     **IT IS** on this 6th day of March, 2013,

     **ORDERED** that Abney's motion to suppress evidence be and hereby is **DENIED**.

      s/Stanley R. Chesler
     STANLEY R. CHESLER
     United States District Judge